Eastern District of Kentucky
**F I L E D**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY

FEB 1 6 2018

ROBERT RAPER,

               Plaintiff,

v.

GPS HOSPITALITY PARTNERS, LLC,

               Defendant.

:
:
:
:
:
:
:
:
:
:

Case No. 2:17-cv-00026

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

[Judge David L. Bunning]

[Magistrate Judge Candace J. Smith]

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Raper, by and through his counsel, and Defendant GPS Hospitality Partners, LLC, by and through its counsel, hereby notify the Court that all matters set forth in the above-styled action as to these parties have been fully settled and agreed upon. By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this action be and hereby is **DISMISSED WITH PREJUDICE**. Except as may be otherwise agreed to by the parties in the above-styled action, all parties shall bear their own attorneys' fees and costs.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

16 Feb. 18

**Signed By:**

**David L. Bunning**

**United States District Judge**

**Seen and Agreed to By:**

| | |
|---|---|
| **Robert Raper** | **GPS Hospitality Partners, LLC** |
| **By Counsel:** | **By Counsel:** |

| | |
|---|---|
| /s/ **Martin McHenry** | /s/ **Michael W. Hawkins** |
| Martin McHenry (OH 0022543) | Michael W. Hawkins (OH 0012707) |
| 414 Walnut Street, Suite 910 | Elizabeth A. Stegeman (OH 0093896) |
| Cincinnati, Ohio 45202 | DINSMORE & SHOHL LLP |
| Phone: (513) 241-0441 | 255 E. Fifth Street, Suite 1900 |
| Fax: (513) 241-7863 | Cincinnati, Ohio 45202 |
| Email: martinm@mmchenrylaw.com | P: (513) 977-8200 / F: (513) 977-8141 |
| | E: michael.hawkins@dinsmore.com |
| *Attorney for Plaintiff* | elizabeth.stegeman@dinsmore.com |
| | |
| | *Attorneys for Defendant* |